1  Shaun A. Sullivan (SBN 278516)
   The Sullivan Defense
2  2445 Fifth Ave., Ste. 330
3  San Diego, CA 92101
   Telephone: (760) 327-1529
4
5  Attorney for Jose Luis Batiz
6
7
8              **UNITED STATES DISTRICT COURT**
9             **SOUTHERN DISTRICT OF CALIFORNIA**
10             **(HONORABLE JAMES E. SIMMONS JR.)**

| 11  **UNITED STATES OF AMERICA,** | Case No. 3:25-cr-01502-JES |
| 12           **Plaintiff,** | |
| 13           v. | Honorable James E. Simmons Jr. <br> Date: September 12, 2025 <br> Time: 9:00 am |
| 14  **JOSE LUIS BATIZ (4),** | |
| 15           **Defendant** | **NOTICE OF MOTIONS AND MOTION TO:** <br> 1) **COMPEL DISCOVERY** <br> 2) **PRESERVE EVIDENCE, and** <br> 3) **LEAVE TO FILE FURTHER MOTIONS** |

19
20  TO:   RANDY S. GROSSMAN, UNITED STATES ATTORNEY; FRANCISCO
21        ANAYA NAGEL, AND BIANCA CALDERON-PENALOZA, ASSIGNED
        ASSISTANT UNITED STATES ATTORNEYS:
22
23      **PLEASE TAKE NOTICE** that on September 12, 2025, at 9:00 a.m., or as soon
24  thereafter as counsel may be heard, Jose Luis Batiz through his attorney, Shaun A. Sullivan,
25  will ask this Court to enter an order granting the following motions.
26
27
28

# MOTIONS

Defendant Jose Luis Batiz, by and through his counsel, Shaun Sullivan, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Turn over discovery to the defense,
2) Preserve the evidence, and to
3) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to the Court's attention at the time of the hearing on these motions.

DATED: August 17, 2025                    Respectfully submitted,


                                          /s/ *Shaun A. Sullivan*
                                          **Shaun A. Sullivan**
                                          Attorney for Jose Luis Batiz