**ALANA LEE MCMAINS**
California State Bar No. 285942
**MCMAINS LAW, APC**
185 W. F St. #100-R
San Diego, California 92101
Telephone: (619) 310-5421
alana@mcmainslaw.com

**JAMES M. CHAVEZ**
California State Bar No. 255766
**THE LAW OFFICE OF JAMES M. CHAVEZ**
501 W. Broadway, Suite 240
San Diego, California 92101
Telephone: (619) 894-6464
james@jameschavezlaw.com

Attorneys for Farlis Almonte

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JAMES E. SIMMONS, JR.

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FARLIS ALMONTE,<br><br>Defendant. | CASE NO.:  25-CR-1502-JES-01<br><br>**DEFENDANT FARLIS ALMONTE'S RULE 16.1 STATUS REPORT**<br><br>Date: August 14, 2026<br>Time: 9:00 a.m. |

Defendant Farlis Almonte, by his counsel Alana Lee McMains and James M. Chavez, hereby files his Rule 16.1 status report.

## I.   RELEVANT BACKGROUND

On March 25, 2025, Farlis Almonte and a co-defendant, Ricardo Rodriguez, were arrested and charged in a sealed criminal complaint with Conspiracy to Bring in Aliens for Financial Gain, Bringing in Aliens for Financia Gain, and Receipt of Bribes by Public Officials. (No. 25-CR-1321-H, ECF No. 1). They waived indictment, were arraigned on an information, and entered not guilty

pleas on April 22, 2025. (*Id.*, ECF No. 59). Mr. Almonte was released on bond; he remains on bond and in compliance.

On May 1, 2025, the government indicted Mr. Almonte and Mr. Rodriguez, along with two additional defendants. (ECF #20). He was arraigned on the indictment on June 12, 2025 and again entered a plea of not guilty. (ECF #37).

The United States alleges that Mr. Almonte, who was working as a Customs and Border Protection Officer ("CBPO") was involved in a months-long conspiracy in which CBPOs accepted bribes from a Mexican human smuggling organization in order to allow noncitizens to cross through the San Ysidro Port of Entry without proper documentation.[1] Mr. Almonte's three co-defendants (two CBPOs and two Mexicans working with the smuggling organization) have all pleaded guilty and await sentencing.

This Court recently appointed James M. Chavez as co-counsel in anticipation of Mr. Almonte's trial. The parties are set for a status hearing on August 14, 2026.

## II.    RULE 16.1 STATUS REPORT

The parties have been diligently engaged in the discovery process, with a protective order in place. (No. 25-CR-1321, ECF No. 23) On April 24, 2025, Mr. Almonte filed a discovery motion outlining his discovery requests. (*Id.*, ECF No. 59). On July 31, 2025, Mr. Almonte followed up on those requests by sending a formal letter. The government advised Mr. Almonte that some of his requests would not be fulfilled unless he formally rejected the government's plea offer.

This case involves voluminous discovery. The United States produced approximately 6,140 pages of discovery and 497 video and media files, totaling

---

[1] These factual allegations have not been and are not conceded by defense counsel or Defendant. These facts are submitted herein for purposes of assisting the Court in understanding the discovery in this case.

MR. ALMONTE'S RULE 16.1 STATUS REPORT

over 580 gigabytes. This includes a download of Mr. Almonte's cellular telephone.

On June 10, 2026, Mr. Almonte sent an additional letter making discovery requests to the government. Some of these requests were reiterations of requests made in his prior motion and letter; some of the requests were new. The government requested that Mr. Almonte provide a 1-TB drive, and he did. On the date of this filing, August 11, 2026, the government contacted Mr. Almonte to advise him that the drive is now ready for pick up.

Mr. Almonte is not yet certain whether the drive contains all of the materials he requested. The government has not individually addressed any of Mr. Almonte's pending requests. Thus, as of this filing, there are no active discovery disputes between the parties. Mr. Almonte will be picking up the drive as soon as possible and will begin reviewing the materials on it. Based on the government's representations and the nature of the requests, Mr. Almonte anticipates that it will contain a substantial amount of data.

### III.   CONCLUSION

The parties will continue to work collaboratively to resolve any outstanding discovery requests or potential disputes. Given the amount of discovery the government just produced and the likelihood that some requests are still pending, Mr. Almonte intends to seek a continuance (with an exclusion of time) at the upcoming status hearing.

Respectfully submitted,

Dated: August 11, 2026

 *s/ Alana Lee McMains*
**ALANA LEE MCMAINS**
McMains Law, APC
Attorney for Defendant